## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**IAN B. MOYTOY**                                                    **PLAINTIFF**

**v.**                          **No. 2:26-cv-00030-LPR-BBM**

**DOE, et al.**                                                      **DEFENDANTS**

## ORDER

On February 23, 2026, Plaintiff Ian B. Moytoy, an inmate at the Phillips County Jail, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1]  The Complaint was accompanied by a Motion for Leave to Proceed *in forma pauperis*.[2]  Magistrate Judge Moore denied the IFP Motion based on her finding that Mr. Moytoy was a three-striker and had not demonstrated his eligibility to proceed *in forma pauperis*.[3]  On March 30, 2026, Judge Moore entered an Order giving Mr. Moytoy thirty days to pay the $405 filing fee.[4]  She warned Mr. Moytoy that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[5]

Mr. Moytoy filed a Written Objection and Response to the March 30 Order.[6]  On June 8, 2026, this Court denied Mr. Moytoy's Appeal and gave him an additional 30 days to comply with

---

[1] Am. Compl. (Doc. 5).  An earlier letter to the Court, with the subject "Request for Federal Inquiry, Immediate Intervention; Injunctive Relief by Court; Imminent Danger Exist," was docketed as a Complaint.  *See* Doc. 1.  But Mr. Moytoy later stated that he did not intend it to be filed as such.  *See* Doc. 7.

[2] Doc. 4.

[3] Order (Doc. 6).

[4] Order (Doc. 8).

[5] *Id.* at 4.

[6] Doc. 9.  Mr. Moytoy's Objection was styled on the docket as an Appeal of the Magistrate Judge's Decision to District Court.  *Id*.

Judge Moore's March 30 Order.[7]  The Court warned Mr. Moytoy that his failure to pay the $405 filing fee within 30 days would result in the dismissal of this case.[8]

Mr. Moytoy has not complied with Judge Moore's March 30, 2026 Order, nor has he responded to this Court's June 8, 2026 Order.  The time for doing so has expired.[9]  Accordingly, Mr. Moytoy's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 16th day of July 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[7] Order (Doc. 10).

[8] *Id.*

[9] Additionally, mail sent by the Court to Mr. Moytoy at his address of record is being returned as undeliverable. *See* Doc. 11.